IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF MISSOURI, EASTERN DIVISION

| | | |
|---|---|---|
| LAURA PURICELLI, ROBERT MERRICK and LISA CLOUSE, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Cause No: 4:10-CV-01793-JCH |
| GENENTECH, INC., BIOGEN IDEC, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

The parties announce that settlement has been reached between all parties in this matter. Accordingly, the parties respectfully request that the Court's status conference of December 16, 2011 be vacated and/or stricken. The parties would further request sixty (60) days to complete this settlement, and for such further relief as the Court deems just and proper.

Respectfully submitted,

HOLLAND, GROVES, SCHNELLER
& STOLZE, LLC

/s/ R. Seth Compton
R. SETH CROMPTON, 57448
ERIC D. HOLLAND
STEVEN L. GROVES
300 N. Tucker, Ste. 801
St. Louis, MO 63101
(314) 241-8111
(314) 241-5554 (fax)
scrompton@allfela.com

Attorneys for Plaintiff

1

/s/ Bart C. Sullivan (with consent)
Bart C. Sullivan
FOX GALVIN, LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO 63102
(314) 588-7000
(314) 588-1965 (Fax)
bsullivan@foxgalvin.com

Attorneys for Genentech, Inc.

/s/ Gerard T. Noce (with consent)
Gerard T. Noce
HEPLERBROOM, LLC
800 Market Street, Suite 2300
St. Louis, MO 63101
(314) 241-6160
(314) 6116 (Fax)
gtn@heplerbroom.com

Attorneys for Biogen Idec, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing pleading was served this 13 day of December, 2011, by the court's electronic filing system giving notice to all parties of record.

/s/ R. Seth Compton
R. SETH CROMPTON, #57448
ERIC D. HOLLAND
STEVEN L. GROVES
300 N. Tucker, Ste. 801
St. Louis, MO 63101
(314) 241-8111
(314) 241-5554 (fax)
scrompton@allfela.com